UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MONCHELLO CORNELL LOUIS,

    Plaintiff,

v.                                                 Case No. 17-C-113

CO TOLIVER,

    Defendant.

## ORDER DENYING MOTION FOR SUBPOENA

The pro se plaintiff, Monchello Cornell Louis, has filed a motion to subpoena several witnesses in the above matter. There is currently no date set for trial, nor any other evidentiary hearing before the court. Accordingly, the motion to subpoena individuals will be denied. Once the case is set for trial, the plaintiff may renew his request that certain witnesses be subpoenaed and the court will address it at that time.

To the extent that the motion seeks certain evidence or information held by the defendants, the defendant is advised that he may simply make a request for the production of such documents pursuant to Rule 34 of the Federal Rules of Civil Procedure. If the defendants fail to respond to his request, he may at that time move to compel. At this point, however, his motion to compel the issuance of subpoenas is denied.

SO ORDERED this __6th__ day of November, 2017.

                                                s/ William C. Griesbach
                                               William C. Griesbach, Chief Judge
                                               United States District Court